IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

REGINALD L. HOOKER,

    Plaintiff,

v.

CIVIL ACTION NO.: CV610-078

DANNIE THOMPSON; Deputy
Warden JOHNSON; Medical
Director TAYLOR; Dr. YOUNG;
Physician Assistant COOPER;
and Nurse SPEARS,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Dannie Thompson and Deputy Warden Johnson are **DISMISSED** for failure to state a claim upon which relief can be granted.

**SO ORDERED**, this ____ day of _____, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA