UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

REGINALD L. HOOKER,

Plaintiff,

v.           6:10-cv-78

DANNIE THOMPSON, WAYNE JOHNSON; JOSEPH TAYLOR; Dr. ZELLNER YOUNG; MARY LANE COOPER; and SEAN SPEARS,

Defendants.

*RESPONSE WITHIN TEN (10) DAYS OF THE DATE OF THIS ORDER OR HIS CASE WILL BE DISMISSED.*

This 23rd day of June 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Plaintiff Reginald Hooker ("Plaintiff") filed this action while incarcerated at Smith State Prison regarding his prison medical treatment. Defendants moved to dismiss the complaint on March 14, 2011. *See* Doc. 29. The Court has granted Plaintiff two extensions of time to file his response. *See* Docs. 35, 37. But the ultimate deadline to respond was June 17, 2011. *See* Doc. 37. Plaintiff has yet to respond.

Smith State Prison has recently informed the Court that Plaintiff has been released from custody. *See* Doc. 38. But Plaintiff has not yet informed the Court of any address change. *See* L.R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change.")

Accordingly, *THE COURT ORDERS PLAINTIFF TO INFORM THE COURT WHETHER HE INTENDS TO CONTINUE TO PROSECUTE THIS CASE. PLAINTIFF MUST FILE HIS*