UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

REGINALD L. HOOKER,

**Plaintiff,**

v.  6:10-cv-78

DANNIE THOMPSON, WAYNE JOHNSON; JOSEPH TAYLOR; Dr. ZELLNER YOUNG; MARY LANE COOPER; and SEAN SPEARS,

**Defendants.**

## ORDER

Plaintiff Reginald Hooker ("Plaintiff") filed this action while incarcerated at Smith State Prison regarding his prison medical treatment. Defendants moved to dismiss the complaint on March 14, 2011. *See* Doc. 29. The Court has granted Plaintiff two extensions of time to file his response. *See* Docs. 35, 37. But the ultimate deadline to respond was June 17, 2011. *See* Doc. 37. Plaintiff has yet to respond.

Plaintiff has been released from custody. *See* Doc. 38. But Plaintiff has not yet informed the Court of any address change. *See* L.R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change.")

The Court ordered Plaintiff to inform the Court whether he intends to prosecute this case. *See* Doc. 41. Plaintiff failed to respond. Plaintiff's complaint is dismissed. *See* FED. R. CIV. P. 41(b); L.R. 41.1(b); *Equity Lifestyle Props., Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1241 (11th Cir. 2009) ("A district court need not tolerate defiance of reasonable orders.").

This 7th day of July 2011.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA